IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **HARRIS COUNTY, TEXAS,**  *Plaintiff,*  v.  **U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES ("HHS"),**  *and*  **ROBERT F. KENNEDY, JR., SECRETARY OF HHS, IN HIS OFFICAL CAPACITY,**  *Defendants.* | Civ. No. 1:25-cv-01058  **[PROPOSED] TEMPORARY RESTRAINING ORDER** |

**[PROPOSED] ORDER**

Upon consideration of Plaintiff Harris County's motion for a temporary restraining order and accompanying memorandum of law, the record in this case, and having otherwise been fully advised, the Court finds there is good cause to **GRANT** the motion.

It is hereby **ORDERED** that the motion for temporary restraining order is **GRANTED**.

It is further **ORDERED** that Defendants U.S. Department of Health and Human Services and HHS Secretary Robert F. Kennedy, Jr. (collectively, "HHS"), and their agents, are enjoined from implementing, enforcing, or otherwise giving effect to any rule, order, or other agency action suspending, freezing, pausing, withholding, cancelling or otherwise preventing the obligation or disbursement of appropriated federal grant funds in connection with the refugee resettlement

2

program, which should flow to Plaintiff and otherwise effectively result in the cancellation of the programs.

It is further **ORDERED** that HHS shall take any other steps necessary to effectuate this order within 3 business days of the date of this order.

It is further **ORDERED** that the parties shall meet and confer and file a joint status report proposing a preliminary injunction briefing schedule within two days of the entry of this Order.

**IT IS SO ORDERED.**

_____

The Honorable Loren L. AliKhan

U.S. District Judge, District of Columbia