UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HARRIS COUNTY, TEXAS,<br><br>      Plaintiff,<br><br>v.<br><br>DEPARTMENT OF HEALTH AND<br>HUMAN SERVICES, et al.<br><br>      Defendants. | Civil Action No. 25-1058 (LLA) |

## JOINT STATUS REPORT

Defendants, by and through the undersigned counsel, respectfully file this status report pursuant to the Court's April 11, 2025 order.

1. Status of their review of the U.S. Committee for Refugee and Immigrants ("USCRI") grants. The Administration for Children and Families ("ACF") has completed the integrity review. The Office of the Secretary must review the results of the review to determine whether to unpause the funds or seek more information. ACF anticipates that the Office of the Secretary will complete the review by the close of the week.

2. Segregability of Harris County's portion of USCRI grant. All the audits are for the primary recipients. They do not include information on subrecipients. Thus, there is no Harris County Portion to review.

3. Progress of the integrity review. ACF has completed the integrity review for for all the paused grantees. The Office of the Secretary must review the results of the review to determine whether to unpause the funds or seek more information. ACF

anticipates that the Office of the Secretary will complete the review by the close of the week.

    a.    Ethiopian Community

    b.    Development Council, Global Refuge

    c.    U.S. Conference of Catholic Bishops

Dated:  April 14, 2025                                            Respectfully submitted,

EDWARD R. MARTIN, JR.,
D.C. Bar #481866
United States Attorney

BRIAN P. HUDAK
Civil Chief

/s/ *Joseph F. Carilli, Jr.*
JOSEPH F. CARILLI, JR.
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-2525

*Counsel for the United States of America*