UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HARRIS COUNTY, TEXAS,<br><br>      Plaintiff,<br><br>      v.<br><br>DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al.<br><br>      Defendants. | Civil Action No. 25-1058 (LLA) |

## STATUS REPORT

Defendants, by and through the undersigned counsel, respectfully file this supplemental status report pursuant to the Court's April 11, 2025 order.

On April 14, 2025, the Office of the Secretary completed its review. As a result, the Department has completed the payment integrity review for all remaining grantees: U.S. Committee for Refugees and Immigrants; Ethiopian Community; Development Council, Global Refuge; and U.S. Conference of Catholic Bishops.

Prior to the resumption of payments, the Administration for Children and Families ("ACF") needs to review all payments made to date with the Department's Program Service Center to ensure there are no double payments. ACF anticipates that is will complete the review with PSC by Tuesday, April 15, 2025, and, thus, anticipates that by April 16, 2025, the Department will resume processing draw down requests for the grantees.

| | |
|---|---|
| Dated:  April 14, 2025 | Respectfully submitted,<br><br>EDWARD R. MARTIN, JR.,<br>D.C. Bar #481866<br>United States Attorney<br><br>BRIAN P. HUDAK<br>Civil Chief<br><br>/s/ *Joseph F. Carilli, Jr.*<br>JOSEPH F. CARILLI, JR.<br>Assistant United States Attorney<br>601 D Street, NW<br>Washington, DC 20530<br>(202) 252-2525<br><br>*Counsel for the United States of America* |