IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **HARRIS COUNTY, TEXAS,**  *Plaintiff,*  v.  **U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES ("HHS")**, *et al.*,  *Defendants.* | Civ. No. 1:25-cv-01058 (LLA) |

## JOINT STATUS REPORT

Plaintiff Harris County ("the County") and Defendants, the Department of Health and Human Services and Robert F. Kennedy, Jr., Secretary of Health and Human Services, by and through the undersigned counsel, respectfully file this joint status report pursuant to the Court's April 15, 2025 minute order.

Plaintiff states that as of the date of this filing, Harris County has received the outstanding federal grant funding at issue via USCRI. This amount represents the combined total of the County's expenses for the refugee resettlement programs at issue, incurred from January 20, 2025 to March 31, 2025.

Defendants state that Department of Health and Human Services' Program Support Center completed the review for potential double payments on April 14, 2025, and resumed processing the release of draw down payment requests for the grantees on April 15, 2025.

On April 16, 2025, counsel for the parties met and conferred how to proceed with the litigation. Given that Defendants have resumed making payments, the parties respectfully request

that the Court allow the parties to submit a joint status report on May 19, 2025. If further litigation is necessary, the parties will notify the court in their May 19, 2025 status report.

DATED:  April 17, 2025

    Respectfully submitted,

    EDWARD R. MARTIN, JR.,
    D.C. Bar #481866
    United States Attorney

    BRIAN P. HUDAK
    Civil Chief

    /s/ *Joseph F. Carilli, Jr.*
    JOSEPH F. CARILLI, JR.
    Assistant United States Attorney
    601 D Street, NW
    Washington, DC 20530
    (202) 252-2525

    *Counsel for the United States of America*

    **CHRISTIAN D. MENEFEE**
    HARRIS COUNTY ATTORNEY

    **JONATHAN G.C. FOMBONNE**
    DEPUTY COUNTY ATTORNEY AND FIRST
    ASSISTANT

    **TIFFANY BINGHAM**
    MANAGING COUNSEL,
    AFFIRMATIVE & SPECIAL LITIGATION

    */s/ Jonathan G.C. Fombonne*

    **JONATHAN G.C. FOMBONNE**
    Deputy County Attorney and First Assistant
    Texas State Bar No. 24102702
    D.D.C. Bar ID: TX0090
    jonathan.fombonne@harriscountytx.gov

**TIFFANY BINGHAM**
Managing Counsel
Texas State Bar No. 24012287
D.D.C. Bar ID: TX0087
tiffany.bingham@harriscountytx.gov

**ELEANOR MATHESON**
Assistant County Attorney
Texas State Bar No. 24131490
D.D.C. Bar ID: TX0086
eleanor.matheson@harriscountytx.gov
C : (832) 712-3827

**NINA L.M. OISHI**
Assistant County Attorney
Texas State Bar No. 24142250
D.D.C. Bar ID: TX0085
nina.oishi@harriscountytx.gov
C: (832) 596-4809

**ATTORNEYS FOR PLAINTIFF**
**HARRIS COUNTY**