IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **HARRIS COUNTY, TEXAS,**<br><br>*Plaintiff,*<br><br>v.<br><br>**U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES ("HHS"),** *et al.,*<br><br>*Defendants.* | Civ. No. 1:25-cv-01058 (LLA) |

## [PROPOSED] ORDER

Upon consideration of the parties' Joint Status Report, it is hereby ORDERED that the parties shall file another Joint Status Report by May 19, 2025, advising the Court of the status of this matter, including a recommendation for further proceedings.

DATE: _____          _____
                                                                                LOREN A. ALIKHAN
                                                                                United States District Judge

4