UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HARRIS COUNTY, TEXAS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DEPARTMENT OF HEALTH AND<br>HUMAN SERVICES, et al.<br><br>　　　　Defendants. | Civil Action No. 25-1058 (LLA) |

### NOTICE OF APPEARANCE AND SUBSTITUTION OF COUNSEL

The Clerk of the Court will please take notice of the substitution as counsel for Defendants of Assistant United States Attorney Jeremy S. Simon in place of Joseph F. Carilli, Jr.

Respectfully submitted,

_____/s/_____
JEREMY S. SIMON, D.C. BAR #447956
Assistant United States Attorney
601 D. Street, N.W.
Washington, D.C. 20530
(202) 252-2528
Jeremy.Simon@usdoj.gov

Counsel for Defendants