UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

HARRIS COUNTY, TEXAS,

            Plaintiff,

    v.

DEPARTMENT OF HEALTH AND
HUMAN SERVICES, et al.

            Defendants.

Civil Action No. 25-1058 (LLA)

## **JOINT STATUS REPORT**

Plaintiff Harris County ("the County") and Defendants, the Department of Health and Human Services ("Department") and Robert F. Kennedy, Jr., Secretary of Health and Human Services, by and through the undersigned counsel, respectfully file this joint status report pursuant to the Court's April 21, 2025 Minute Order.

Plaintiff states that as of the date of this filing, Harris County has received the outstanding federal grant funding at issue via USCRI. This amount represents the combined total of the County's expenses for the refugee resettlement programs at issue, incurred from January 20, 2025 to March 31, 2025.

Defendants state that the Department's Program Support Center resumed processing the release of draw down payment requests for U.S. Committee for Refugees and Immigrants on April 15, 2025. Since that date, the Department has continued to release draw down payment requests. As of the date of this report, there are no outstanding requests.

In light of the above, the parties are conferring over whether any further litigation is needed or whether this case may be voluntarily dismissed by Plaintiff.

Dated: May 19, 2025

CHRISTIAN D. MENEFEE
HARRIS COUNTY ATTORNEY

JONATHAN G.C. FOMBONNE
DEPUTY COUNTY ATTORNEY
AND FIRST ASSISTANT

TIFFANY BINGHAM
MANAGING COUNSEL,
AFFIRMATIVE & SPECIAL LITIGATION

*/s/ Jonathan G.C. Fombonne*
JONATHAN G.C. FOMBONNE
Deputy County Attorney and First Assistant
Texas State Bar No. 24102702
D.D.C. Bar ID: TX0090
jonathan.fombonne@harriscountytx.gov

TIFFANY BINGHAM
Managing Counsel
Texas State Bar No. 24012287
D.D.C. Bar ID: TX0087
tiffany.bingham@harriscountytx.gov

ELEANOR MATHESON
Assistant County Attorney
Texas State Bar No. 24131490
D.D.C. Bar ID: TX0086
eleanor.matheson@harriscountytx.gov
C : (832) 712-3827

NINA L.M. OISHI
Assistant County Attorney
Texas State Bar No. 24142250
D.D.C. Bar ID: TX0085
nina.oishi@harriscountytx.gov
C: (832) 596-4809

ATTORNEYS FOR PLAINTIFF
HARRIS COUNTY

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: _____ */s/ Jeremy S. Simon* _____
        JEREMY S. SIMON, D.C. Bar #447956
        Assistant United States Attorney
        601 D Street, NW
        Washington, DC 20530
        (202) 252-2528

*Attorneys for the United States of America*