UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **HARRIS COUNTY, TEXAS,**<br><br>*Plaintiff*,<br><br>v.<br><br>**U.S DEPARTMENT OF HEALTH AND HUMAN SERVICES ("HHS"), et al.**<br><br>*Defendants.* | **Civil Action No.** 1:25-cv-01058 |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff and Defendants, by and through undersigned counsel, hereby stipulate to dismiss this action, without prejudice, with each party to bear its own costs, attorney fees, and expenses.

Dated: June 17, 2025

Respectfully submitted,

| | |
|---|---|
| JEANINE FERRIS PIRRO<br>United States Attorney<br><br>/s/ *Jeremy S. Simon*<br>JEREMY S. SIMON<br>D.C. Bar #447956<br>Assistant United States Attorney<br>601 D. Street, NW<br>Washington, DC 20530<br>(202) 252-2528<br><br>*Counsel for the United States of America* | **CHRISTIAN D. MENEFEE**<br>HARRIS COUNTY ATTORNEY<br><br>*/s/ Jonathan G. C. Fombonne*<br>**JONATHAN G. C. FOMBONNE**<br>Deputy County Attorney and First Assistant<br>Texas State Bar No. 24102702<br>D.D.C. Bar ID: TX0090<br>Jonathan.fombonne@harriscountytx.gov<br><br>**TIFFANY BINGHAM**<br>Managing Counsel<br>Texas State Bar No. 24012287<br>D.D.C. Bar ID: TX0087<br>Tiffany.bingham@harriscountytx.gov |

**ELEANOR MATHESON**
Assistant County Attorney
Texas State Bar No. 24131490
D.D.C. Bar ID: TX0086
Eleanor.matheson@harriscountytx.gov

**OFFICE OF THE HARRIS COUNTY ATTORNEY**
1019 Congress, Floor 15
Houston, Texas 77002
(713) 274-5101

**ATTORNEYS FOR PLAINTIFF HARRIS COUNTY, TEXAS**